AEE

**FILED**
**FEBRUARY 14, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 947**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

First Midwest Bank
v.
Sean D. Oja
Elizabeth A. Oja

Case Number:

**JUDGE KENDALL**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

First Midwest Bank

| | |
|---|---|
| NAME (Type or print) | Kevin J. Berrill |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Kevin J. Berrill |
| FIRM | Stitt, Klein, Daday, Aretos & Giampietro, LLC |
| STREET ADDRESS | 121 S. Wilke Road, Suite 500 |
| CITY/STATE/ZIP | Arlington Heights, IL 60005 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6285747 | TELEPHONE NUMBER 847-590-8700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐