AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FIRST ALIAS  SUMMONS IN A CIVIL CASE

First Midwest Bank,

V.

Sean D. Oja
Elizabeth A. Oja

CASE NUMBER:  08 C 947

ASSIGNED JUDGE:  Judge Kendall

DESIGNATED
MAGISTRATE JUDGE:  Magistrate Judge Valdez

TO: (Name and address of Defendant)

Elizabeth A. Oja
5302 Maple Glen Drive
Plainfield, IL 60586

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen G. Daday
Stitt, Klein, Daday, Aretos & Giampietro
121 S. Wilke Road, Suite 500
Arlington Heights, IL 60005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Cynthia Mercado_

------------------------------------
**(By) DEPUTY CLERK**

**March 19, 2008**
------------------------------------
**Date**

AO 440 (rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE: MARCH 29 2008 | TIME: 9:40 AM |
|---|---|---|
| NAME OF SERVER: ADAM SONNE | TITLE: PROCESS SERVER | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: ELIZABETH A. OJA, 5302 MAPLE GLEN Dr. PLAINFIELD IL 60586

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the Summons and Complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and State of Service Fees is true and correct.

Executed on MARCH 31 2008
       Date

_____
Signature of Server

Edward D. Sonne, Jr. & Associates, Inc.
7021 W. 153rd Street, Ste. 2
Orland Park, IL 60462
708-687-7568
Agency No.:  117-001047