AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

F̲I̲R̲S̲T̲  A̲L̲I̲A̲S̲  **SUMMONS IN A CIVIL CASE**

First Midwest Bank,

                                            CASE NUMBER:    08 C 947

              V.                            ASSIGNED JUDGE:    Judge Kendall

Sean D. Oja
Elizabeth A. Oja                       DESIGNATED
                                                        MAGISTRATE JUDGE:    Magistrate Judge Valdez

      TO: (Name and address of Defendant)

      Sean D. Oja
      5302 Maple Glen Drive
      Plainfield, IL 60586

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Stephen G. Daday
      Stitt, Klein, Daday, Aretos & Giampietro
      121 S. Wilke Road, Suite 500
      Arlington Heights, IL 60005

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

|  |
|---|
| **RETURN OF SERVICE** |

| Service of the Summons and complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

|  |
|---|
| **STATEMENT OF SERVICE FEES** |

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

|  |
|---|
| **DECLARATION OF SERVER** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                   Date                 *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.