Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 947 | DATE | 6/12/2008 |
| CASE TITLE | First Midwest Bank vs. Sean D. Oja, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/12/2008. For the reasons stated on the record, Judgment is entered in favor of the plaintiffs and against the defendant. The subject property shall be sold (at public auction) by Springbrook Marine, Inc Selling Officer as appointed by the Court. The plaintiff shall give at least three (4) consecutive calendar weeks of public notice  Enter Judgment of Foreclosure and Sale. The Court retains jurisdiction for the purpose of enforcing this Judgment. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 13 PM 12:40
FILED-EJD