**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED FROM YOU MAY BE USED FOR THAT PURPOSE.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIRST MIDWEST BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )   No. 08 C 947<br>)<br>SEAN D. OJA, an individual; )<br>ELIZABETH A. OJA, an individual; )<br>)<br>Defendants. ) | |

## SUBSTITUTION OF ATTORNEYS

I hereby withdraw my appearance as counsel for Plaintiff in the within matter.

_____
Kevin J. Berrill

I hereby enter my appearance as counsel for Plaintiff in the within matter.

S/MICHAEL G. ARETOS
MICHAEL G. ARETOS

STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO
Attorneys for Plaintiff
2550 W. W. Golf Road, Suite 250
Rolling Meadows, Illinois 60008
847-590-8700

1